## INTERCO INC. *v.* RHODEN, CHAIRMAN, MISSISSIPPI TAX COMMISSION

No. 306.   Decided October 13, 1969

*James Leon Young* for appellant.

*John E. Stone* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed.

## KELLAR *v.* NEAL ET UX.

No. 308.   Decided October 13, 1969

PER CURIAM.

The motion to dispense with printing the jurisdictional statement is granted.   The appeal is dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.